# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| DEE ANNE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-cv-00265 |
| | ) | |
| KNOX COUNTY GOVERNMENT, | ) | |
| CITY OF KNOXVILLE, and | ) | |
| KNOXVILLE/KNOX COUNTY | ) | |
| METROPOLITAN PLANNING | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

Defendant Knoxville/Knox County Metropolitan Planning Commission (hereinafter "MPC") hereby appears, by and through counsel, and provides this Honorable Court with notice that it has forwarded its Response to Plaintiff's First Set of Interrogatories and Document Requests to all involved counsel on March 29, 2016.

RESPECTFULLY submitted this 29th day of March, 2016.

                KNOXVILLE/KNOX COUNTY
                METROPOLITAN PLANNING COMMISSION

                By:/s/ Benjamin K. Lauderback, BPR No. 20855
                   BENJAMIN K. LAUDERBACK, BPR No. 20855
                   EMILY C. TAYLOR, BPR No. 027157
                   COURTNEY E. READ, BPR NO. 029147
                   Attorneys for Defendant
                   WATSON, ROACH, BATSON,
                   ROWELL & LAUDERBACK, P.L.C.
                   Attorneys at Law
                   P.O. Box 131
                   Knoxville, Tennessee 37901-0131
                   (865) 637-1700

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

>David A Burkhalter , II
>Ronald A. Rayson
>D. Alexander Burkhalter, III
>BURKHALTER, RAYSON & ASSOCIATES, P.C.
>111 S. Central Street
>P.O. Box 2777
>Knoxville, Tennessee  37901-2777
>
>Jeffrey M. Ward
>Elijah Settlemyre
>MILLIGAN & COLEMAN
>230 W. Depot Street
>P.O. Box 1060
>Greeneville, Tennessee 37744

Dated this March 29, 2016.

>/s/ Benjamin K. Lauderback, BPR No. 20855
>BENJAMIN K. LAUDERBACK, BPR No. 20855
>Attorney for Defendant
>WATSON, ROACH, BATSON,
>ROWELL & LAUDERBACK, P.L.C.
>Attorneys at Law
>P.O. Box 131
>Knoxville, Tennessee  37901-0131
>(865) 637-1700