# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Dee Anne Reynolds <br> *Plaintiff* <br> v. <br> Knox County Government, et al. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:15-cv-265 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff Dee Anne Reynolds recover from the Defendant, Knox County and Knoxville/Knox County Metropolitan Planning Commission the amount of Eight Hundred Thousand Dollars ($800,000.00).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 8/23/2016

*CLERK OF COURT*

s/B. Ramsey
*Signature of Clerk or Deputy Clerk*

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT